Date: 2-3-15

Mr. Charles Martin # 1101119
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx. 78102

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Charles Martin, C.O.A. case No. 02-14-00003-CR, Tr. Ct. No. 38715-C, PD-1577-14
Petition for Discretionary Review sent to wrong court, but sent early. Request disposition
of filing.

Dear Clerk:

The above mentioned P.D.R. was sent to the Second Court of Appeals
by mistake. Due to the misinformation obtained through the out
dated State Council for Offenders, Handbook in the McConnell Unit,
Law Library. Thankfully I finished and mailed the filing in early. Due
date granted through Extension, granted due 2-02-15. According to
the above mention P.D. NO. 1577-14. Date sent 1-22-15. The petitioner
received Notice from the Court of Appeals 2-3-15, stating that the
Petition was received and forwarded to the: Clerk, Court of Criminal
Appeals, Supreme Court Bldg., 201 W. 14th St. Rm 106, Austin. Tx. 78701.
The letter was dated the 29 of Jan. 2015, Showing the 26th of Jan. 2015
as the date received. Also, showing the correct date of the changes in 9-1-2011
to the TRAP 68.3. Please send and answer concering the disposition of said
filing of the above mentioned Petition for Discretionary Review.

Thank you for your assistance in this matter.

Respectfully submitted,
Charles Martin, #1101119

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk